IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLENN FAMILY, INC. d/b/a HEADWIND CONSUMER PRODUCTS, a Nebraska corporation<br><br>Defendant. | Case No. 16-cv-01218-AJS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN L. WOODROW

Steven L. Woodrow, undersigned counsel for Plaintiff Wendell H. Stone Company Inc. d/b/a Stone & Company ("Stone & Company" or "Plaintiff"), hereby moves that he be admitted to appear and practice in this Court in the above-caption matter as counsel pro hac vice for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2016 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Steven L. Woodrow which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 16, 2016          **WENDELL H. STONE COMPANY, INC.**,
individually and on behalf of all others similarly
situated,

By:   /s/ Steven L. Woodrow

Steven L. Woodrow* (CO Bar No. 43140)

1

swoodrow@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720.213.0675
Fax: 303.927.0809

\* *Pro hac vice* admission sought