## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, | : : : : | Civil Action<br><br>No.: 2:16-cv-01218 |
| Plaintiff, | : : | |
| v. | : : | Honorable Arthur J. Schwab |
| GLENN FAMILY, INC. d/b/a HEADWIND CONSUMER PRODUCTS, | : : : | |
| Defendant. | : : | Electronically Filed |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that, following the parties' Early Neutral Evaluation/Mediation session and subsequent communications, including the constructive counseling and involvement by and from the selected neutral, the parties in the above-captioned case have reached a settlement in principle. The parties anticipate filing a stipulation of dismissal of action pursuant to Fed. R. Civ. P. 41(a) with prejudice as to Plaintiff, Wendell H. Stone Company, Inc. d/b/a Stone & Company ("Stone"), and without prejudice to putative class members within thirty (30) days.

Respectfully submitted by:


  /s/ Steven L. Woodrow                                       /s/ Peter J. Horne                      

| | |
|---|---|
| Stuart Gaul, Jr. | Kevin P. Allen |
| Pa. I.D. No. 74529 | (kpallen@eckertseamans.com) |
| (stuart.gaul@gaul-legal.com) | Peter J. Horne |
| Gaul Legal LLC | (phorne@eckertseamans.com) |
| 100 Ross Street, Suite 510 | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Pittsburgh, PA 15219 | 600 Grant Street, 44th Floor |
| 412-261-5100 (P) | Pittsburgh, PA 15219 |
| 412-261-5101 (F) | 412-566-6866 (P) |
| | 412-566-6099 (F) |

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300

Denver, Colorado 80210
720-213-0675 (P)
303-927-0809 (F)

Stefan Coleman
(law@stefancoleman.com)
Law Offices of Stefan Coleman, P.A.
1072 Madison Ave, Suite 1
Lakewood, New Jersey, 08701
law@stefancoleman.com
877-333-9427 (P)
888-498-8946 (F)


Dated: November 22, 2016

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of November, 2016, a copy of the foregoing Notice of Settlement was delivered to the person(s) and in the manner indicated below:

*Via Electronic Court Filing*

Gary P. Hunt
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Stuart Gaul, Jr.
Gaul Legal LLC
100 Ross Street, Suite 510
Pittsburgh, PA 15219
stuart.gaul@gaul-legal.com

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
1072 Madison Ave, Suite 1
Lakewood, New Jersey, 08701

                                        */s/ Peter J. Horne*
                                        Peter J. Horne

                                        *Attorneys for Defendant Glenn Family, Inc. d/b/a Headwind Consumer Products*